1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    Willie Roberts and Carla Sutton,                    No. 1:21-cv-00725-KJM-CDB

12                        Plaintiffs,                      ORDER

13          v.

14    County of Kern, et al.,

15                        Defendants.

16

17          In a previous order, this court set a final pretrial conference and deadlines for filing

18    motions in limine.  *See* Order (Mar. 5, 2025), ECF No. 41.  The court directed the parties to "meet

19    and confer and file a joint pretrial statement no less than 14 days prior to the final pretrial

20    conference," set in the same order for April 17, 2025.  *See id.* at 10.  The court also instructed that

21    "[a]ll motions in limine must be filed in conjunction with the joint pretrial statement."  *Id.*

22          Plaintiffs filed motions in limine in conjunction with the parties' joint pretrial statement.

23    *See* Pls.' Mot. in Limine, ECF No. 45; *see also* Joint Pretrial Statement, ECF No. 44.  Defendants

24    did not.  They now request "clarification" of the court's previous order; they interpreted that order

25    "to mean that the parties must include their intended motions in limine in their joint pretrial

26    statement."  Mot. Clarification, ECF No. 46.  By their reading, the filing dates for any motions in

27    limine would be set "according to the briefing schedule determined at the final pretrial conference

28    on April 17, 2025."  *Id.*

                                              1

1    The court's previous order is clear: motions in limine were to be "filed," not identified or

2    listed, "in conjunction with the joint pretrial statement."  The motion for clarification (ECF

3    No. 46) is **denied.**

4    IT IS SO ORDERED.

5    DATED:  April 10, 2025.

6

7
                                                    _____
                                                    UNITED STATES DISTRICT JUDGE