MARGO A. RAISON, COUNTY COUNSEL
By: Marshall S. Fontes (SBN 139567)
Andrew C. Hamilton (SBN 299877)
Kimberly L. Marshall (SBN 186838)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE ROBERTS and CARLA SUTTON<br><br>Plaintiff,<br>v.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S OFFICE, DONNY YOUNGBLOOD, JASON COLBERT, WILLIAM MALLOY, CODY JOHNSON, BRANDON GEHERTY, RYAN BROCK, and DOE 1 to 20,<br><br>Defendants, | CASE NO. 1:21-cv-00725-KJM-CDB<br><br>ORDER ON REQUEST TO SEAL PREVIOUSLY FILED DOCUMENTS |

Defendants have requested that the previously filed document, request for judicial notice, ECF 50, be sealed. The basis for the request is that the request for judicial notice contains an exhibit which contains Plaintiff's date of birth and home address (ECF 50, p. 29 of 33). This request for judicial notice was filed without redactions. Defendants now request that this previously filed request for judicial notice be sealed. Having reviewed the documents subject to the request, the Court orders such documents previously filed to be sealed:

- Request for Judicial Notice in support of motion for reconsideration, previously filed at ECF 50 on April 14, 2025.

**IT IS SO ORDERED.**

DATED: April 16, 2025.

_____
UNITED STATES DISTRICT JUDGE